IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 08-cv-00171-BNB

CHARLES BUNNER,

   Plaintiff,

v.

SGT. PAGEL, and
AL ESTEP, Warden,

   Defendants.

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

FEB 13 2008

GREGORY C. LANGHAM
                    CLERK

---

ORDER DIRECTING PLAINTIFF TO FILE AMENDED COMPLAINT

---

Plaintiff, Charles Bunner, is in the custody of the Colorado Department of Corrections and currently is incarcerated at Bent County Correctional Facility at Las Animas, Colorado. The Court must construe the Complaint liberally because Mr. Bunner is a *pro se* litigant. See *Haines v. Kerner*, 404 U.S. 519, 520-21 (1972); *Hall v. Bellmon*, 935 F.2d 1106, 1110 (10th Cir. 1991). However, the Court should not act as a *pro se* litigant's advocate. See *Hall*, 935 F.2d at 1110. For the reasons stated below, Mr. Bunner will be ordered to file an Amended Complaint.

The Court has reviewed the Complaint filed by Mr. Bunner and finds that it is deficient. Mr. Bunner sets forth five claims. In Claims One and Two, he asserts that Defendant Sgt. Pagel sexually assaulted him. In the remaining three claims, Plaintiff fails to assert how either named Defendant participated in the claims.

Personal participation is an essential allegation in a civil rights action. See *Bennett v. Passic*, 545 F.2d 1260, 1262-63 (10th Cir. 1976). To establish personal

participation, Mr. Bunner must show that each named defendant caused the deprivation of a federal right. *See Kentucky v. Graham*, 473 U.S. 159, 166 (1985). There must be an affirmative link between the alleged constitutional violation and each defendant's participation, control or direction, or failure to supervise. *See Butler v. City of Norman*, 992 F.2d 1053, 1055 (10th Cir. 1993). A defendant may not be held liable on a theory of respondeat superior. *See Pembaur v. City of Cincinnati*, 475 U.S. 469, 479 (1986); *McKee v. Heggy*, 703 F.2d 479, 483 (10th Cir. 1983).

Therefore, Mr. Bunner will be directed to file an Amended Complaint that alleges how each named defendant personally participated in the asserted constitutional violations and in each asserted claim. In order for Mr. Bunner to state a claim in federal court, the Amended "[C]omplaint must explain what each defendant did to him or her; when the defendant did it; how the defendant's action harmed him or her; and, what specific legal right the plaintiff believes the defendant violated." *Nasious v. Two Unknown B.I.C.E. Agents*, 492 F.3d 1158, 1163 (10th Cir. 2007). Mr. Bunner is reminded that it is his responsibility to present his claims in a manageable format that allows the Court and named defendants to know what claims are being asserted and to be able to respond to those claims. Accordingly, it is

ORDERED that Mr. Bunner file **within thirty days from the date of this Order** an original and sufficient copies of an Amended Complaint that complies with the Order. It is

FURTHER ORDERED that the Clerk of the Court mail to Mr. Bunner, together with a copy of this Order, two copies of the Prisoner Complaint form for use in filing the Amended Complaint. It is

FURTHER ORDERED that, if Mr. Bunner fails to file an original and sufficient copies of an Amended Complaint that complies with this Order to the Court's satisfaction within the time allowed, the action will be dismissed without further notice.

DATED February 13, 2008, at Denver, Colorado.

BY THE COURT:

s/ Boyd N. Boland
United States Magistrate Judge

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**CERTIFICATE OF MAILING**

Civil Action No. 08-cv-00171-BNB

Charles Bunner
Reg. No. 135447
Bent County Correctional Facility
11560 City Road FF75
Las Animas, CO 81215

    I hereby certify that I have mailed a copy of the **ORDER and two copies of the Prisoner Complaint** to the above-named individuals on 2/13/08

                             GREGORY C. LANGHAM, CLERK

                             By: _____
                                       Deputy Clerk