IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 08-cv-00171-BNB

CHARLES BUNNER,

      Plaintiff,

v.

MR. BRIAN KOCH, FCF Mental Health,
COLORADO DEPARTMENT OF CORRECTIONS,
AL ESTEP, Warden,
SGT. PAGEL,
MR. BRIDGES, Case Manager,
LT. BOOKMEIR,
CAPT. FILER,
MS. WALKER, and
JOHN DOES, Unknown Others,

      Defendants.

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

APR 2 5 2008

GREGORY C. LANGHAM
CLERK

---

ORDER TO DISMISS IN PART AND TO DRAW CASE
TO A DISTRICT JUDGE AND TO A MAGISTRATE JUDGE

---

Plaintiff Charles Bunner is in the custody of the Colorado Department of

Corrections (DOC) and currently is incarcerated at the Bent County Correctional Facility

in Las Animas, Colorado. Mr. Bunner has submitted to the Court a *pro se* Prisoner

Complaint pursuant to 42 U.S.C. § 1983 alleging a violation of his constitutional rights.

The Court must construe the Complaint liberally because Mr. Bunner is a *pro se*

litigant. *See Haines v. Kerner*, 404 U.S. 519, 520-21 (1972); *Hall v. Bellmon*, 935

F.2d 1106, 1110 (10th Cir. 1991). If a complaint reasonably can be read "to state a valid

claim on which the plaintiff could prevail, [a court] should do so despite the plaintiff's

failure to cite proper legal authority, his confusion of various legal theories, his poor syntax and sentence construction, or his unfamiliarity with pleading requirements." *Hall*, 935 F.2d at 1110. However, a court should not act as a ***pro se*** litigant's advocate. ***See id.***

In the Complaint, Plaintiff alleges that Defendant Sgt. Pagel sexually assaulted him and that remaining Defendants retaliated against him when he reported the incident. Plaintiff seeks money damages and restoration of his lost credit time. Plaintiff further asserts that he has filed a grievance but the grievances were destroyed by Defendant Mr. Bridges.

The case and the claims alleged against Defendants Brian Koch, Al Estep, Sergeant Pagel, Mr. Bridges, Lieutenant Bookmeir, Captain Filer, and Ms. Walker will be drawn to a district judge and to a magistrate judge.

Defendant Colorado Department of Corrections, however, will be dismissed from the action. Defendant Colorado Department of Corrections is an agency of the State of Colorado, ***see*** Colo. Rev. Stat. § 24-1-128.5, and is protected by Eleventh Amendment immunity. ***See Will v. Michigan Dep't of State Police***, 491 U.S. 58, 66 (1989); ***Meade v. Grubbs***, 841 F.2d 1512, 1525-26 (10th Cir. 1988). "It is well established that absent an unmistakable waiver by the state of its Eleventh Amendment immunity, or an unmistakable abrogation of such immunity by Congress, the amendment provides absolute immunity from suit in federal courts for states and their agencies." ***Ramirez v. Oklahoma Dep't of Mental Health***, 41 F.3d 584, 588 (10th Cir. 1994).

The State of Colorado has not waived its Eleventh Amendment immunity, **see Griess v. Colorado**, 841 F.2d 1042, 1044-45 (10th Cir. 1988), and congressional enactment of 42 U.S.C. § 1983 did not abrogate Eleventh Amendment immunity, **Quern v. Jordan**, 440 U.S. 332, 340-345 (1979). Accordingly, it is

ORDERED that Defendant Colorado Department of Corrections is dismissed as a party to this action. It is

FURTHER ORDERED that the Clerk of the Court shall remove Defendant Colorado Department of Corrections from the docket as a party to the action. It is

FURTHER ORDERED that the case and the claims alleged against remaining Defendants Brian Koch, Al Estep, Sergeant Pagel, Mr. Bridges, Lieutenant Bookmeir, Captain Filer, and Ms. Walker shall be drawn to a district judge and to a magistrate judge.

DATED at Denver, Colorado, this 24 day of _____April_____, 2008.

BY THE COURT:

ZITA L. WEINSHIENK, Senior Judge
United States District Court

3

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

## CERTIFICATE OF MAILING

Civil Action No. 08-cv-00171-BNB

Charles Bunner
Reg. No. 135447
Bent County Correctional Facility
11560 City Road FF75
Las Animas, CO 81215

    I hereby certify that I have mailed a copy of the **ORDER** to the above-named individuals on _4/25/08_

GREGORY C. LANGHAM, CLERK

By:_____
               Deputy Clerk