IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Wiley Y. Daniel**

Civil Action No. 08-cv-00171-WYD-KLM

CHARLES BUNNER,

    Plaintiff,

v.

MR. BRIAN KOCH, FCF Mental Health,
AL ESTEP, Warden,
SGT. PAGEL,
MR. BRIDGES, Case Manager,
LT. BOOKMEIR,
CAPT. FILER,
MS. WALKER, and
JOHN DOES, Unknown Others,

    Defendants.

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

MAY - 5 2008

GREGORY C. LANGHAM
CLERK

---

**ORDER GRANTING SERVICE BY UNITED STATES MARSHAL**

---

THIS CAUSE came before the Court on the affidavit in support of the motion for leave to proceed without prepayment of fees or security pursuant to 28 U.S.C. § 1915. The Court has granted the plaintiff leave to proceed *in forma pauperis*. It now is

ORDERED that, if appropriate, the Clerk shall attempt to obtain a waiver of service from the defendants. If unable to do so, the United States Marshal shall serve a copy of the complaint, summons, order granting leave to proceed pursuant to 28 U.S.C. § 1915, and all other orders upon the defendants. If appropriate, the Marshal shall first attempt to obtain a waiver of service of these documents pursuant to Fed. R. Civ. P. 4(d). All costs of service shall be advanced by the United States. It is

FURTHER ORDERED that the defendants or counsel for the defendants shall respond to the complaint as provided for in the Federal Rules of Civil Procedure after service of process on the defendants.

Dated: May 2, 2008

BY THE COURT:

s/ Wiley Y. Daniel
Wiley Y. Daniel
U. S. District Judge

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**CERTIFICATE OF MAILING**

Civil Action No. 08-cv-00171-WYD-KLM

Charles Bunner
Prisoner No. 135447
Bent County Correctional Facility
11560 Road FF.75
Las Animas, CO 81054-9573

Brian Koch, Al Estep, Sgt. Pagel,
Mr. Bridges, Lt. Bookmeir,
Capt. Filer, and Ms. Walker - **WAIVER***
c/o Cathie Holst
Colorado Department of Corrections
Office of Legal Affairs
**DELIVERED ELECTRONICALLY**

John Suthers, Attorney General
Office of the Attorney General
**DELIVERED ELECTRONICALLY**
**COURTESY COPY**

    I hereby certify that I have mailed a copy of the ORDER to the above-named individuals, and the following forms to Cathie Holst for service of process on Brian Koch, Al Estep, Sgt. Pagel, Mr. Bridges, Lt. Bookmeir, Capt. Filer, and Ms. Walker; and to John Suthers; SECOND AMENDED COMPLAINT FILED 4/04/08, ORDER FILED 4/25/08, SUMMONS, WAIVER*, AND NOTICE OF AVAILABILITY OF MAGISTRATE JUDGE on 5/5/08.

GREGORY C. LANGHAM, CLERK

By: _____
      Deputy Clerk