IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Wiley Y. Daniel**

Civil Action No. 08-cv-00171-WYD-KLM

CHARLES BUNNER, #135447,

    Plaintiff,

v.

MR. BRIAN KOCH, FCF Mental Health;
AL ESTEP, Warden;
SGT. PAGEL;
MR. BRIDGES, Case Manager;
LT. BOOKMEIR;
CAPT. FILER;
MS. WALKER;
JOHN DOES UNKNOWN OTHERS,

    Defendants.

## ORDER TO SHOW CAUSE

In an Order filed on February 8, 2008, the Court granted Plaintiff's motion seeking leave to proceed **in forma pauperis** pursuant to 28 U.S.C. § 1915 in this action. Pursuant to § 1915(b)(1), Plaintiff was ordered to pay the $350.00 filing fee, directed to pay the filing fee in installments, and required to pay an initial partial filing fee of $1.00 in thirty days.

Also on February 8, 2008, another Order was filed which stated that Plaintiff showed through a current certified copy of his trust fund account statement filed February 7, 2008, that he was unable to pay the $1.00 initial partial filing fee. Accordingly, Magistrate Judge Boland ordered that Plaintiff could proceed in this action

-1-

without payment of the initial partial filing fee.  The Order made clear, however, that Plaintiff remains obligated to pay the required $350.00 filing fee through monthly installments.  Plaintiff was directed that until the $350.00 filing fee is paid in full, he was to make monthly payments to the Court of twenty percent of the preceding month's income credited to his account or to show cause why he has no assets and no means by which to make each monthly payment.  In order to show cause, Plaintiff was directed that he must file a certified copy of his trust fund account statement.  Finally, Plaintiff was informed that failure to comply with this requirement could result in the dismissal of the case without prejudice and without further notice.

Magistrate Judge Boland's Order is consistent with 28 U.S.C. § 1915.  Pursuant to that statute, Plaintiff is required to make "monthly payments of 20 percent of the preceding month's income credited to [his] account" until the filing fee is paid in full.

Since the Order of February 8, 2008, Plaintiff has not made any monthly payments or shown cause why he has no assets and no means by which to make each monthly payment.  Indeed, Plaintiff has not filed a certified copy of an inmate trust fund account statement since the initial one filed on February 7, 2008, and referenced by Magistrate Judge Boland in the above Order.  Therefore, Plaintiff will be ordered to show cause why this action should not be dismissed for failure to comply with the requirements of the February 8, 2008 Order and 28 U.S.C. § 1915.  Accordingly, it is

ORDERED that Plaintiff shall have **thirty (30) days from the date of this Order** to show cause why this action should not be dismissed for the reasons stated in this Order.  It is

FURTHER ORDERED that if Plaintiff fails to show cause as directed in this Order, the amended complaint and the action will be dismissed without prejudice and without further notice.

Dated: June 12, 2008

BY THE COURT:

s/ Wiley Y. Daniel
Wiley Y. Daniel
U. S. District Judge