IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 08-cv-00171-WYD-KLM

CHARLES BUNNER,

    Plaintiff,

v.

MR. BRIAN KOCH, FCF Mental Health,
AL ESTEP, Warden,
SGT. PAGEL,
MR. BRIDGES, Case Manager,
LT. BOOKMEIR,
CAPT. FILER,
MS. WALKER, and
JOHN DOES UNKNOWN OTHERS,

    Defendants.

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

OCT 28 2008

GREGORY C. LANGHAM
    CLERK

---

## ORDER DIRECTING UNITED STATES MARSHAL TO SERVE DEFENDANT KOCH

## ENTERED BY MAGISTRATE JUDGE KRISTEN L. MIX

This matter is before the Court *sua sponte*. It has come to the Court's attention that Defendant Brian Koch has not been served with the Summons and Complaint in this action and, therefore, is not currently a proper party [Docket No. 42]. The operative Complaint was filed on April 4, 2008 [Docket No. 11]. By Order dated May 5, 2008 [Docket No. 15], the United States Marshal was directed to serve a copy of the Summons and Complaint on all Defendants in the above-captioned matter. On October 20, 2008, the Summons was returned unexecuted for Defendant Koch with a notation that the Marshal had attempted to serve Defendant Koch three times but was unsuccessful at the address given [Docket No. 42]. The Marshal filed an amended unexecuted Summons and indicated that "no one answered at the above address on all endeavors" [Docket No. 46]. However, the Court

notes that each service attempt on Defendant Koch was made during work hours. Accordingly,

IT IS HEREBY **ORDERED** that the United States Marshal shall make two additional attempts to serve a copy of this Order, along with a copy of the Complaint, Summons, order granting leave to proceed pursuant to 28 U.S.C. § 1915, and all other orders upon Defendant Koch at 1515 Rushmore Drive, Colorado Springs, CO 80910. If appropriate, the Marshal shall first attempt to obtain a waiver of service of these documents pursuant to Fed. R. Civ. P. 4(d). All costs shall be advanced by the United States. **These service attempts shall occur either prior to 8:00 a.m. or after 5:30 p.m.**

Dated: October 28, 2008

s/ Kristen L. Mix
Kristen L. Mix
United States Magistrate Judge

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**CERTIFICATE OF MAILING**

Civil Action No. 08-cv-00171-WYD-KLM

Charles Bunner
Prisoner No. 860882
Miami Correctional Facility
PO Box 900 - J445
Bunker Hill, IN 46914

US Marshal Service
Service Clerk
Service forms for: Brian Koch

Patrick L. Sayas
Assistant Attorney General
Office of the Attorney General
**DELIVERED ELECTRONICALLY**

    I hereby certify that I have mailed a copy of the ORDER to the above-named individuals, and the following forms to The United States Marshal Service for service of process on Brian Koch; SECOND AMENDED COMPLAINT FILED 4/04/08, ORDER FILED 4/25/08, SUMMONS, AND NOTICE OF AVAILABILITY OF MAGISTRATE JUDGE on 10/28/08.

GREGORY C. LANGHAM, CLERK

By: _____
Deputy Clerk